UNTIED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-93307(B) |
| ANGELINE FORTE' | ) CHAPTER 13 |
| | ) |
| Debtor(s) | ) **ORDER DIRECTING EMPLOYER** |
| | ) **TO MAKE DEDUCTIONS FROM** |
| | ) **DEBTOR-EMPLOYEE'S WAGES,** |
| Social Security No. xxx-xx-5741 | ) **COMBINED WITH RELATED** |
| | ) **ORDERS** |

To: **Payroll Department**

A case has been filed under Chapter 13 of the Bankruptcy Code by the named Debtor(s). As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court. Based on the statement of affairs of the Debtor(s), the Debtor's employer is:

Employer's Name:   Key Bank
Address:           127 Public Square, PO Box 11500
City/State/Zip:    Cleveland, OH 44114
Phone:             (216) 689-5580

In accordance with the relevant provisions of the Debtor's proposed plan,
IT IS, THEREFORE, ORDERED, under 11 U.S.C. § 1325(c) and § 1326, that the Debtor's employer immediately deduct from the Debtor's next paycheck the sum of **$ 152.48/bi-weekly** and the same amount from each pay period thereafter (including periodic or lump sum payments) and *promptly* forward the amounts deducted to the Chapter 13 Trustee, until further order of this Court. The Chapter 13 Trustee's name and address are:

Craig Shopneck, Chapter 13 Trustee
P.O. Box 714112
Columbus, Ohio 43271-4112

**Include the case number shown above with all payments.**

IT IS FURTHER ORDERED, under 11 U.S.C. § 362(a), that the EMPLOYER SHOULD CEASE ALL FUTURE DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

IT IS FURTHER ORDERED that if the Debtor's employment is terminated during the term of the plan, the employer is to notify the Chapter 13 Trustee.

Entered Pursuant to Adm. Order 03-4
Kenneth Hirz, Clerk Bankruptcy Court

Date: 10-20-05          By:   /s/K.Lamuth
                              Deputy Clerk

By submitting this form the debtor's attorney certifies that this form is identical in all represents to the official form.

Attorney for Debtor:  JASON T. BAKER (0071330)
Address:              55 Public Square, Suite 1330
City/State:           Cleveland, Ohio 44113
Phone:                (216) 771-3966

SEE ATTACHED CERTIFICATE OF SERVICE